

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Michael Ratliff v. The State of Texas

Appellate case number:    01-20-00337-CR

Trial court case number:  1522186

Trial court:              179th District Court of Harris County

     Appellant's motion for rehearing is DENIED.


Judge's signature: _____/s/ Gordon Goodman_____
                           Acting for the Court

Panel consists of Justices Goodman, Landau, and Countiss

Date: ___April 14, 2022_____